**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| DINA BRONSTEIN, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO. 1:15-cv-24773-UU** |
| ) | |
| MIAMI BEACH HEALTHCARE GROUP, ) | |
| LTD. d/b/a AVENTURA HOSPITAL AND ) | |
| MEDICAL CENTER, a Florida limited ) | |
| partnership; NPAS SOLUTIONS, LLC, a ) | |
| foreign limited liability company; and ) | |
| NPAS, Inc. a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Dina Bronstein, hereby notifies this Court that a settlement has been reached between the Parties, pending final execution of settlement documents and releases. Plaintiff estimates the parties will file a joint stipulation for dismissal with prejudice within thirty (30) days.

Dated: June 23, 2016

                                                      Respectfully submitted,

                                                      */s/ Scott D. Owens*
                                                      Scott D. Owens, Esq.
                                                      3800 S. Ocean Drive, Ste. 235
                                                      Hollywood, FL 33019
                                                      Phone 954-589-0588
                                                      Fax 954-337-0666
                                                      scott@scottdowens.com
                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23 June 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq