**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

DINA BRONSTEIN,                              )
                                            )
          Plaintiff,                        )       Case No. 1:15-24773-UU
                                            )
v.                                          )
                                            )
MIAMI BEACH HEALTHCARE GROUP,               )
LTD. ET AL,                                 )
                                            )
          Defendant.                        )

<u>JOINT STIPULATION OF DISMISSAL</u>

It is hereby stipulated by and between Plaintiff, DINA BRONSTEIN, and Defendants, MIAMI BEACH HEALTHCARE GROUP, LTD., NPAS SOLUTIONS, LLC, and NPAS, INC., that this cause may be dismissed with prejudice, with each of the respective parties herein to bear their own attorneys' fees and costs unless expressly agreed upon otherwise by the parties.

Dated: July 22, 2016          /s/ Scott D. Owens
                              Scott D. Owens, Esq.
                              SCOTT D. OWENS, P.A.
                              3800 S. Ocean Dr., Ste. 235
                              Hollywood, FL 33019
                              Phone 954-589-0588
                              Fax    954-337-0666
                              scott@scottdowens.com
                              Attorney for Plaintiff

Dated: July 22, 2016           s/ Paul J. DeBoe
                              Paul J. DeBoe
                              OGLETREE DEAKINS NASH STEWART PC
                              701 Brickell Ave., Ste. 1600
                              Miami, FL 33131
                              Tel: 305-374-0506
                              Fax: 305-374-0456
                              paul.deboe@ogletreedeakins.com
                              Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.


By:  s/ Scott D. Owens
       Scott D. Owens, Esq.